## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kanan Wanha

                      Plaintiff,

v.                                         Case No.: 1:19–cv–04346

                                         Honorable Charles P. Kocoras

City Of Evanston, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Parties report to the Court that case is settled. The case is dismissed without prejudice with each party to bear their own fees and cost with leave to reinstate by 3/6/2020. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.